UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTOINETTE LIGGINS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:16-CV-00413 AGF |
| v. | ) |
| | ) |
| MICHAEL COHEN, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

### AFFIDAVIT OF ADAM KOELN

| | |
|---|---|
| STATE OF MISSOURI | ) |
| | ) SS |
| CITY OF ST. LOUIS | ) |

Before me, the undersigned authority, personally appeared, Adam Koeln, who, being by me duly sworn, deposed as follows:

My name is Adam Koeln, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

1. I am a Lieutenant with the St. Louis Metropolitan Police Department ("SLMPD") and commander of the Internal Affairs Division ("IAD").

2. IAD is investigates complaints about police officers including officers accused of uses of force involving weapons. All complaints, including those involving uses of force involving weapons, are investigated.

3. During the course of these investigations, in the vast majority of cases officers provide statements for disciplinary purposes only. These statements can be recorded and quoted


EXHIBIT A

in any IAD report of these investigations. Also, the investigation may show a variety of closed or confidential information about, e.g., confidential informants, identity of juveniles, and law enforcement sensitive information which could jeopardize current pending criminal cases.

5. I am familiar with the IAD file of Officer Jason Stockley and his involvement in the 2011 fatal shooting of Anthony Lamar Smith. The Circuit Attorney's Office has issued criminal charges of Murder First Degree and Armed Criminal Action against Stockley as a result of the incident, which are currently pending in the 22nd Judicial Circuit of the State of Missouri State v. Stockley, Cause No. 1622-CR02213-01.

6. There are a number of investigatory records detailing officer-involved shootings that are currently pending review with the Circuit Attorney's Office. It is now the procedure that the Circuit Attorney's Office reviews all officer-involved shootings for potential criminal charges.

_____
Adam Koeln

SUBSCRIBED and SWORN to before me this 23RD day of January, 2017.

DENNIS J. CROWE
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: December 10, 2017
Commission Number: 13907046

_____
Notary Public

My Commission Expires: 12/10/17