UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTOINETTE LIGGINS, et al., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-cv-00413-AGF |
| OFFICER MICHAEL COHEN, et al., | ) |
| Defendants. | ) |

# **MEMORANDUM AND ORDER**

This matter is before the Court upon review of the p Designation of Neutral by Parties and ADR Conference Report ("Designation of Neutral") filed by Plaintiff's counsel on April 28, 2017. ECF No. 52. The Designation of Neutral fails to include the date, time, and location of the initial ADR Conference, and incorrectly states that the ADR completion deadline was "Deferred Pending Circuit Attorneys Report." On November 14, 2016, the Court extended the deadline to complete mediation until the *earlier of* 90 days from November 14, 2016, or 30 days from the date on which the City of St. Louis Circuit Attorney's office issues its report and decision with regard to criminal charges against Defendant Michael Cohen. ECF No. 29. The 90-day deadline turned out to be the earlier of the two alternatives, and it expired on February 13, 2017. However, in an Amended Case Management Order issued on January 18, 2017, the Court further extended the ADR completion deadline to June 1, 2017.

Accordingly,

**IT IS HEREBY ORDERED** that, on or before **May 5, 2017**, Plaintiff's counsel shall file an amended Designation of Neutral by Parties and ADR Conference Report notifying the

Clerk of the agreed choice of neutral and the date, time, and location of the initial ADR conference, which shall take place before the ADR completion deadline of June 1, 2017.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 1st day of May, 2017.