UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTOINETTE LIGGINS, et al., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-cv-00413-AGF |
| OFFICER MICHAEL COHEN, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that the parties' Agreed Motion to Extend All Deadlines is **GRANTED**. ECF No. 54. All deadlines in the Amended Case Management Order (ECF No. 40) are **STAYED** until the earlier of November 6, 2017, or the date on which the City of St. Louis Circuit Attorney's office issues its report and decision with regard to criminal charges against Defendant Michael Cohen, on which date the parties shall file an appropriate motion as to lifting of the stay and a joint proposed scheduling plan for the remainder of the litigation, including new deadlines for referral to ADR.

**IT IS FURTHER ORDERED** that Defendants shall continue to comply with the Court's prior Order (ECF No. 35) to file a status report every 60 days, or such earlier date of any decision with respect to criminal charges against Defendant Cohen, regarding the status of such decision.

**IT IS FURTHER ORDERED** that the trial setting of March 12, 2018 is **VACATED**, to be reset as appropriate following lifting of the stay.

**IT IS FURTHER ORDERED** that this case shall be deemed closed for statistical purposes only, subject to reopening upon lifting of the stay herein imposed or other appropriate Order.

                                                                       _____
                                                                       AUDREY G. FLEISSIG
                                                                       UNITED STATES DISTRICT JUDGE

Dated this 4th day of May, 2017.