UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTOINETTE LIGGINS, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:16-cv-00413-AGF ) |
| OFFICER MICHAEL COHEN, et al., | ) ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

Upon careful consideration of Plaintiffs' motion for a mental examination of Defendant Officer Michael Cohen, pursuant to Federal Rule of Civil Procedure 35, the Court agrees with Defendants that Plaintiffs have not made the requisite showing under Rule 35 that the mental condition of Cohen is "in controversy" or that "good cause" exists for a mental examination. *See Schlagenhauf v. Holder*, 379 U.S. 104, 121 (1964); Fed. R. Civ. P. 35(a).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for a mental examination of Defendant Officer Michael Cohen is **DENIED**. ECF No. 78.

                                                                              _____
                                                                           AUDREY G. FLEISSIG
                                                                           UNITED STATES DISTRICT JUDGE

Dated this 16th day of May, 2018.