# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 25, 2019

Mr. Jason C. Webster
WEBSTER LAW FIRM
Suite 150
6200 Savoy
Houston, TX  77036

      RE:  19-2245  Antoinette Liggins, et al v. Michael Cohen, et al

Dear Counsel:

      Enclosed is a copy of an order entered today in the above case. The mandate is issued forthwith to the Clerk of the United States District Court.

                               Michael E. Gans
                               Clerk of Court

JPP

Enclosure(s)

cc:    Mr. Omar R. Chawdhary
         Mr. Brandon David Laird
         Mr. Gregory J. Linhares
         Mr. D. Todd Mathews
         Ms. Erin K McGowan
         Mr. Andrew D. Wheaton

      District Court/Agency Case Number(s):   4:16-cv-00413-AGF

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2245

_____

Antoinette Liggins, individually and on behalf of B.C., a minor; B. C., a minor, next friend Antoinette Liggins

Plaintiffs - Appellants

v.

Officer Michael Cohen, individually [Official Capacity]

Defendant - Appellee

St. Louis Metropolitan Board of Police Commissioners; Chief of Police Samuel Dotson, III; Mayor Francis Slay; Thomas J. Irwin; Bettye Batthe-Turner; Richard H. Gray; Erwin Switzer, in their official capacity

Defendants

City of St. Louis

Defendant - Appellee
_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-00413-AGF)
_____

**JUDGMENT**

Appellants' motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

July 25, 2019

Order Entered Under Rule 27A(a):

Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans