# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2245

Antoinette Liggins, individually and on behalf of B.C., a minor and B. C., a minor, next friend Antoinette Liggins

Appellants

v.

Officer Michael Cohen, individually [Official Capacity]

Appellee

St. Louis Metropolitan Board of Police Commissioners, et al.

City of St. Louis

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-00413-AGF)
_____

**MANDATE**

In accordance with the judgment of 07/25/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 25, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit