UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTOINETTE LIGGINS, individually and on behalf of B.C., a minor., <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER MICHAEL COHEN, in his individual and official capacities, and the CITY OF SAINT LOUIS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.  4:16-cv-00413-AGF |

## **ORDER**

In light of the stay previously entered in this case,

**IT IS HEREBY ORDERED** that all pending motions are **DENIED without prejudice** to re-filing, if appropriate, following lifting of the stay.  Any party who re-files a motion following lifting of the stay may incorporate by reference any previously filed memorandum in support, or may file a new such memorandum.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 15th day of August, 2019.